UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | CASE NO. 3:12-CR-122 |
|---|---|---|
| Plaintiff, | : | JUDGE TIMOTHY S. BLACK |
| v. | : | |
| DEMETRUS L. DUNSON, | : | |
| Defendant. | : | |

**ORDER**

This criminal case is before the Court on Defendant's Motion to Withdraw as Attorney of Record. (Doc. 20). The Court hereby sets Defendant's Motion for hearing on December 6, 2012 at 9:00 a.m. in Dayton Courtroom #3.

Defendant's Motion tolls the time in which the Government must bring Defendant to trial. *See* 18 U.S.C. § 3161(h)(1)(D) (stating that "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion" is a period "of delay [which] shall be excluded . . . in computing the time within which the trial of any such offense must commence"). Accordingly, the Calendar Order (Doc. 19) is **VACATED** and will be reset at the conclusion of the hearing on Defendant's Motion.

**IT IS SO ORDERED**.

Date: 11/9/2012

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge