# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

- vs -

DEMETRUS L. DUNSON,

        Defendant.

Case No. 3:12-cr-122

Judge Timothy S. Black

---

## ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT

This case is before the Court upon Defendant's application for appointment of counsel pursuant to 18 U.S.C. §3006A. Upon review of Defendant's Financial Affidavit, the Court finds that **DEMETRUS L. DUNSON** is qualified for appointed counsel.

**IT IS ACCORDINGLY ORDERED** that **LARRY GREGER**, of the CJA Panel for the Southern District of Ohio, is appointed as counsel.

Date: 12/6/12

                                                Judge Timothy S. Black
                                                U.S. District Judge

**NOTICE**

    The Criminal Justice Act Plan of the United States District Court for the Southern District of Ohio requires, *inter alia*, that appointed counsel advise the Court if the client's financial circumstances change sufficiently to enable him/her, to pay, in whole or in part, for legal representation. *CJA Plan*, Part v(D) (2).

    If you become aware (through non-privileged communications) of a significant change in your client's employment or financial circumstances, you must promptly notify the judicial officer (either District or Magistrate Judge) who made the original appointment.

    While a change in your client's financial status will likely not result in a change of counsel, the Court may order your client to reimburse it for some or all of the costs associated with Defendant's defense.