UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:12-cr-122 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| DEMETRUS DUNSON, | : | |
| | : | |
| Defendant. | : | |

# FINAL PRETRIAL CALENDAR

The Court establishes the following Calendar:

| | |
|---|---|
| Motions in Limine: | **2/7/2013** |
| Responses to Motions: | **2/13/2013** |
| Proposed Jury Instructions and Verdict Forms:[1] | **2/13/2013** |
| Witness Lists/Exhibits Lists:[2] | **2/14/2013** |
| Original and two hard copy sets of all Exhibits: (In three-ring binders delivered to Chambers) | **2/14/2013** |
| Final Pretrial Conference, by telephone:[3] | **2/14/2013 at 12:00 p.m.** |
| Jury Trial: (Courtroom to be determined) | **2/19/2013 at 9:30 a.m.** |

**IT IS SO ORDERED.**

Date: January 31, 2013

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge

---

[1] To be emailed to the Court at Black_Chambers@ohsd.uscourts.gov in Word format.

[2] Shall be presented ex parte to the Court at the email address above.

[3] Counsel shall call 1-888-684-8852; Access Code: 8411435; Security code: 123456, and wait for the Court to join the conference.