UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | Case No. 3:12-cr-122, 3:13-cr-20 |
|---|---|---|
| vs. | : | Judge Timothy S. Black |
| DEMETRIUS L. DUNSON, | : | |
| Defendant. | : | |

**ORDER GRANTING REVISED MOTION FOR FURLOUGH (DOC. 37)**

This criminal case is before the Court on Defendant's Revised Motion for Furlough. (Doc. 37).[1] The Government does not oppose Defendant's Motion. For good cause shown, and absent opposition by the Government, Defendant's Motion is **GRANTED**.

The Court **ORDERS** that Defendant be released on furlough from the Butler County Jail on May 7, 2013, at 8:00 a.m., to Ms. LaTonya Brown. Ms. Brown shall transport Defendant from the Butler County Jail directly to his doctor's appointment, which is scheduled for 10:00 a.m. with Harvey Hahn, M.D., at Southview Cardiology, 1380 Stroop Rd., Kettering, Ohio 45249 (phone: 937-293-3486). At the conclusion of the appointment, Ms. Brown shall immediately transport Defendant directly back to the Butler County Jail by no later than 2:00 p.m. on May 7, 2013.

The United States Marshal shall notify the Butler County Jail of this Order. The Clerk shall provide certified copies of this Order to Defendant's attorney, who shall provide a certified copy of this Order to Ms. Brown to produce at the Butler County Jail at 8:00 a.m. on May 7, 2013.

**IT IS SO ORDERED.**

Date: 4/30/2013

Timothy S. Black
United States District Judge

---

[1] Defendant's motion for one day furlough to see cardiologist (Doc. 36) was previously reviewed by the Court and the parties' during a status conference. The Government does not oppose the motion. The Court requested that the Defendant obtain an earlier doctor appointment time.