UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATS OF AMERICA, | Case No. 3:12-cr-122, 3:13-cr-20 |
| vs. | Judge Timothy S. Black |
| DEMETRIUS DUNSON, | |
| Defendant. | |

**ORDER GRANTING MOTION FOR FURTHER FURLOUGH
FOR MEDICAL EVALUATION ON JULY 12, 2013 (Doc. 43)**

This criminal case is before the Court on Defendant's Motion for Additional Furloughs to Complete Medical Evaluations (Doc. 43). Defendant's motion is hereby **GRANTED**.

Mr. Dunson is ordered to be released on furlough from the Butler County Jail on July 12, 2013 at 8:00 a.m. to Ms. LaTonya Brown. Ms. Brown will transport Defendant from the Butler County Jail directly to Harvey Hahn, M.D., located at Southwest Cardiology, 1380 Stroop Rd., Kettering, OH 45249, phone number 937-293-3486 for the follow-up appointment with Dr. Hahn and to discuss test results.

At the conclusion of the appointment, Ms. Brown will transport Defendant directly back to the Butler County Jail, to return no later than 5:00 p.m. on July 12, 2013.

The United States Marshal shall ensure that the Butler County Jail is made aware of this Order. The Clerk shall provide certified copies of this Order to Defendant's counsel for Ms. Brown to produce at the Butler County Jail at time she is to pick up the Defendant.

**IT IS SO ORDERED.**

Date: 6/18/2013

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge